UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO.: C-19-311 |
| | § | |
| ROBERT VELASQUEZ | § | |

## STIPULATION OF FACT IN SUPPORT OF DEFENDANT'S PLEA

The defendant, ROBERT VELASQUEZ, has agreed to stipulate with the United States Attorney for the Southern District of Texas, Ryan K. Patrick, through the undersigned Assistant United States Attorney, to the following facts. The parties agree that these facts are sufficient to establish the defendant's guilt to the offense alleged in Count FIVE (5) of the indictment in cause number C-19-311.

### I.

The defendant confesses that within the Southern District of Texas on or about between August 14, 2018, and on or about December 20, 2018,

1) That the defendant while under the jurisdiction of this Court knowingly used a facility or means of interstate commerce to attempt to induce, entice or coerce an individual under the age of eighteen (18) to engage in sexual activity; and

2) The Defendant believed that the individual was less than 18; and

3) The Defendant could have been charged with a criminal offense for engaging in the specified sexual activity, to wit; Sexual Assault in violation of Texas Penal Code Section 22.011.

## II.

The defendant further stipulates and agrees that:

In January 17, 2019, the Corpus Christi Police Department (CCPD) Internet Crimes Against Children (ICAC) Unit received several Cyber Tips from the National Center for Missing and Exploited Children regarding the Defendant's Facebook activity. In one of those CyberTips the Defendant was communication with a 15 year old girl, identified in the indictment as S.P., it appeared from the information provided by Facebook that the Defendant had been sexually involved with S.P. Agents obtained a search warrant for the Facebook account used by the Defendant and the return showed that the Defendant had reached out to the victim on Facebook in August of 2018. Here are the initial messages between the Defendant and S.P.;

```
Author  Robert Velasquez (100006154382460)
  Sent  2018-08-14 23:45:35 UTC
  Body  Thanks for the accept love

Author  Skye
  Sent  2018-08-14 23:45:57 UTC
  Body  You know I'm 15 right

Author  Robert Velasquez (100006154382460)
  Sent  2018-08-14 23:47:00 UTC
  Body  No I didn't know. Tbh u look older

Author  Robert Velasquez (100006154382460)
  Sent  2018-08-14 23:47:41 UTC
  Body  Lol. If u don't mind me asking where you from?
```

Within a week of the initial contact the Defendnat begins requesting nude photos from S.P. and sends nude photos of himself. By November of 2018, the chats reveal the two have met and had sexual intercourse;

**Author** Robert Velasquez (100006154382460)
**Sent** 2018-11-12 15:48:34 UTC
**Body** I wanna go see u

**Author** Skye
**Sent** 2018-11-12 15:48:58 UTC
**Body** U really do

**Author** Robert Velasquez (100006154382460)
**Sent** 2018-11-12 15:49:19 UTC
**Body** Yes of course. That's all I can think about is that night fr

**Author** Robert Velasquez (100006154382460)
**Sent** 2018-11-12 15:53:09 UTC
**Body** It's ok me too lol. But I wanted u bad so I'm glad u were down with me rt. I really hoped u like the way I fuked u and went down on u

**Author** Skye
**Sent** 2018-11-12 15:56:26 UTC
**Body** U were great

**Author** Robert Velasquez (100006154382460)
**Sent** 2018-11-12 15:58:11 UTC
**Body** That'd u have u were to fr. I wish u made u cum tho

**Author** Robert Velasquez (100006154382460)
**Sent** 2018-11-12 16:04:03 UTC
**Body** Lmao I tried to get u pregnant lol

**Author** Robert Velasquez (100006154382460)
**Sent** 2018-11-12 18:53:43 UTC
**Body** Send me some pics and videos of u babe

**Author** Skye
**Sent** 2018-11-12 18:55:27 UTC
**Body** What kind of pics and videos

**Author** Robert Velasquez (100006154382460)
**Sent** 2018-11-12 20:20:34 UTC
**Body** Anything babe like the ones I took of u. And like the one u send me either

On November 12, 2018, S.P. requests a photo of her vagina that the Defendnat took during a sexual encounter. The defendant sent the photo to S.P. via Facebook. The photograph shows the Defendant's hand, identified by a distinctive tattoo visible in the photo, manipulating the inner and outer labia of S.P.'s vagina.

Agents identified S.P. and confirmed she was in fact 15 years old, as she had stated in the initiation of the chats. S.P. was interviewed and admitted to meeting the Defendant for sex and allowing him to photograph her vagina.

The Defendant was interviewed by law enforcement on January 23, 2018. After being confronted with the Facebook evidence the Defendant admitted that he had met S.P. and had sex with S.P., he also admitted taking photos of her vagina with his phone.

The undersigned have thoroughly reviewed, understand, and agree that the information contained in this Stipulation of Fact is true and correct.

_____
ROBERT VELASQUEZ
Defendant

_____
RON BARROSO
Attorney for Defendant


RYAN K. PATRICK
UNITED STATES ATTORNEY

By: _____  1-30-2020
Brittany L. Jensen
Assistant United States Attorney