UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION



United States Courts
Southern District of Texas
FILED

DEC 09 2021

David J. Bradley, Clerk of Court

CASE NO. __CR-C-19-311-1__

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Judge __Janis Graham Jack__ |
| ___Plaintiff___ | Courtroom Deputy __Lori Purifoy__ |
| vs. | ERO/Court Reporter __Jared Marks__ |
| **ROBERT VELASQUEZ** | Proceeding: __Sentencing__ |
| ___Defendant___ | Date: __December 9, 2021__ |
| | Exhibit List of: Government |
| Page _1_ of _1_ Pages | Attorney: Brittany Jensen |

| Exhibit No. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 1 | Victim Impact Statement | X | X | | 12-9-21 | |
| 2 | Victim Impact Statement | X | X | | 12-9-21 | |
| 3 | Victim Impact Statement | X | X | | 12-9-21 | |